UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-cr-00119-LG-BWR

TYLER SELBY

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

---

The United States of America ("Government"), by and through its undersigned counsel, respectfully submits this motion to continue sentencing and request that this matter be reset for March 20, 2025.

This matter was previously set for sentencing on March 13, 2025. Based upon the availability of counsel for the Government, the Government requests that it be continued to March 20, 2025. This new date is mutually agreeable to the parties.

Dated this the 27th day of February 2025.

        Respectfully submitted,

        PATRICK A. LEMON
        *Acting United States Attorney*

By:  LEE SMITH - MS BAR # 106061
     Assistant United States Attorney
     1575 20th Avenue
     Gulfport, MS 39501
     Telephone: (228) 563-7282
     Email: lee.smith@usdoj.gov