CASE NO. 1:23 CR 119 LG-RPM

USA

VS. SELBY

PLAINTIFF'S EXHIBIT  COURT'S C-1

DATE _____ IDEN.

DATE 3/20/2025 EVID.

BY Michelle Benson

Deputy Clerk

AO 386

.January 29, 2025

The Honorable Louis Guirola
United States District Court
Southern District of Mississippi
 2012 15th Street, Suite 614
Gulfport, MS  39501

Dear Judge Guirola,

Thank you for receiving this letter on behalf of Mr. Tyler Selby. I am Dr. Mike Barnett a friend of the Selby family. I serve as pastor of the First Baptist Church of Ocean Springs, MS. Tyler's father, Hal Selby, is the former pastor of First Baptist. After Tyler's father moved from Ocean Springs, Tyler remained on staff at a sister church in town.

My friendship with Tyler began when I was organizing a mission partnership with a church planter in Hawaii. Tyler volunteered along with his wife Grace to travel with us and provide music and engage in door-to-door contact and Scripture distribution. I was impressed with Tyler. He worked hard and was a vital part of the team.

As an older pastor, I took it upon myself to develop a relationship with Tyler. I saw potential in his skill as a musician, his desire to help the local church, be on mission, and his general demeanor. I fostered our friendship and stayed in contact with him. Although he served at another church in Ocean Springs, I sought to encourage him in the ministry. Although my interaction and contact with him was not as frequent after he moved from Ocean Springs, we did correspond to each other via social media and occasionally see each other at events.

The news of his arrest shocked me as it did all who know him. As details of his actions were made known I reached out to Tyler's parents. I am committed to daily pray for Tyler, his wife and children, his parents, and the court.

Years ago, I was asked to write a letter on behalf of someone with similar charges. I corresponded with the individual and determined to not write on his behalf because he made excuses for his actions with arrogance. In my correspondence with Tyler Selby, I have seen no arrogance and no such attitude. He expresses remorse and repentance. He awaits his sentencing with a submissive attitude.

Tyler is experiencing the manifold consequences of his actions. In addition to losing his freedom and many of his rights he has lost his most valuable blessings.  His wife, Grace, has divorced him and remarried. He has had no contact with his children since September of 2023. He has expressed no anger and does not blame anyone but himself. He asked me "to pray for peace of heart and mind, strength to keep pressing forward, and comfort." Losing his family is the heaviest price he will pay for his actions.

Your Honor, I know justice must be served. I am thankful for your wisdom, experience, and knowledge to apply justice. The purpose of this letter is to ask you to temper justice with mercy. Mercy is undeserved and unmerited. But I do ask you to consider the whole of Tyler's life, the

contributions he has made, and the potential he still has to start anew in the future. I do not know what the future for Tyler looks like. I am confident, however, that Tyler will seek to learn, and live to his best while being incarcerated. In time to come, after his release, with the help, love, and support of his parents, siblings, and friends, he will continue to learn and live to his best potential.

Thank you for your time and consideration. I know in your wisdom you will find the best balance of justice and mercy.


Sincerely yours,

Dr. Mike Barnett

February 4, 2025

To Whom it May Concern:

My name is Allan Smith and I am a friend of Tyler Selby. I have known him for approximately 18 years. I have watched him grow up since his teenage years. He has always been a good child with a wonderful family. He has a great support system.

I had the opportunity to work alongside him at church on many occasions. He is hardworking and honest. He excels in leadership skills. I remember the time that our church of 80 to 100 members, was without a pastor. At that time, Tyler was our music worship leader, he stepped up and assumed full responsibility as our pastor. I was so proud of him! He held our church together so professionally. He did all the preaching and teaching, and anything else that came up. He took care of it all! I was a deacon at the church during that time. Tyler would roll up his sleeves and work alongside the people helping and supporting our food pantry. He ensured that everything ran efficiently and effectively. We were able to continue to provide food for at least 60 families in our community monthly. He also co-ordinated Vacation Bible School, everything carried on as usual and seamlessly. That year under Tyler's leadership our church continued to be strong and we did not lose any members during that time.

Tyler is also a dedicated father. He loves his children, and was always involved in their lives. If you saw Tyler at the church, you would usually see him with at least one or two of his children and sometimes he had all three. He was calm and patient with all of his children. He worked numerous jobs to provide for his family. He has worked as an EMT, Realtor, Exterminator. He has a wonderful personality and does well no matter what job title he holds.

I would like to thank you for taking the time to read my letter. I just want to give you a glimpse of the Tyler that I know. He is a kind and loving person, that is capable of so much more.

Sincerely,

Allan Smith

Allan Smith

Donald J. Sheldon
Assistant Chaplain
PRC Jail & Prison Ministry

February 1, 2025

The Honorable Judge Louis Guirola

Dear Sir,

I am writing on behalf of Tyler Selby

I have been a volunteer Chaplain at the Pearl River County Jail for nearly 19 years. I first met Tyler in October of 2023. I administer the Good News Global self-study Bible course and he asked to take the course. Tyler completed the Self Study Bible Course in June of 2024 with excellent grades. The course consists of 30 units of Bible lessons, each unit consisting of 8 lessons with 56 questions per lesson, a total of 13,440 questions. The last 2 questions of each lesson are essay questions. Tyler, thoughtfully answered each question and revealed, through them, not only his remorse at his transgression but a strong desire to change his path in life. In addition, Tyler actively participates in the Bible Study I conduct in the zone every Tuesday. He continues to admit that his former way of living is not a path he plans to continue. Our discussions each week include topics such as repentance, sin and its consequences, the principles of life taught by Jesus and the necessity to follow what He taught. His desire to return to his family with a renewed mind in Christ is evident in our discussions. Tyler has exhibited an exemplary attitude, respect and desire to better himself.

Please consider this letter in making any decisions relating to him.

Thank you & God Bless

Donald J. Sheldon
Assistant Chaplain
PRC County Jail



Debra Selby Potter

Senior Judge Louis Guirola, Jr.
2012 15th Street, Suite 614
Gulfport, MS. 39501

February 2, 2025

Dear Honorable Judge Louis Guirola, Jr.;

I am the paternal aunt of Tyler Ray Selby. I have known Tyler since his birth, November 26, 1989. Tyler is the first child born into a very loving, Christian family of Rev. Hal and Lisa Selby. For the entire time that Tyler was residing at home, he was a part of church. While at a young age, he accepted Jesus as his Lord and Savior. Tyler was encouraged by his family to live the Christian life and follow the commandments in the Bible. Tyler did just that and in August of 2013 he received his Certificate of License to the Gospel Ministry and was ordained at Lemoyne Boulevard Baptist Church in Biloxi, Mississippi. Tyler held several positions while working in different churches. He was worship leader, musician, and teacher.

Tyler attended all years of school in Ocean Springs, MS. He was a good student who excelled in all subject areas. Although he was not athletic, he participated in some of the school clubs and graduated in 2008. Tyler continued his education at Mississippi Gulf Coast Community College and received his Associate Degree in 2011. Tyler later continued his education at William Cary University and was about to begin some classes with MSU. Tyler is a gifted individual that can play multiple musical instruments by ear. He writes music and has created some beautiful songs.

Tyler married the love of his life, Grace, on May 24, 2012. He and Grace had their first child October 8, 2012. Like a good husband/daddy Tyler worked hard doing God's work providing for their family. His wife was continuing her education to become a school teacher. In 2016 Tyler became an EMT for AMR Southern Gulf Coast District, a job he loved and continued to do until 2021. In 2017 their second child was born. More bills and responsibilities came with the growing family. It was around this time that Tyler added another job to his workload, school bus driver. Tyler did all he could to support and provide for his family. He was not the type of person who was lazy, he worked hard to make ends meet. In 2020 their third child was born. He and Grace decided after this child was born that they both needed to become "more healthy" and lose some weight. Grace

went to a doctor and it was decided that she would have surgery to restrict the amount of food that the stomach could hold. Seeing how much success Grace was having, in January of 2021 Tyler had the surgery, too. They were both determined to become healthy parents for their children. Tyler was successful in losing 115 pounds in one year. Grace, too, had much success. June of 2021 Tyler decided to add to his workload a new business, First Response Lawn Care Service in Saucier, MS. He worked hard all summer maintaining customer's lawns. Realizing that this job would not be sufficient throughout the winter months, he found another job with Cook's Pest Control as a pest control technician. On January 31, 2022 Tyler again expanded his repertoire of capabilities by taking a course from the Real Estate Training Institute. He passed the course and joined a realtor firm and was successful in selling a home. Due to the lack of homes being sold at that time in August of 2022, Tyler decided that he needed to take a job with an oil drilling company in New Mexico. This job involved alternating two weeks on and two weeks off work in New Mexico. He would return home and do realty work during the two weeks home. The oil drilling job only last through the end of November 2022 and he returned home to be with his family he had been missing. He continued to sell realty and do his lawn service business. In mid-March 2023 Tyler began working for Robinwood Baptist Church in Saucier, MS. He was once again doing a job that he loved, worship leader.

My reason for listing these jobs is to show the importance that work and faithfully providing for his family was to Tyler. He was dedicated to them and was never without a pay check, even if it meant doing two or three jobs at the same time. During his free time; Tyler loves cooking, fishing, deer hunting, watching college football, watching Nascar racing, writing music, but his favorite is watching his children play as a family and on team sports. He loves his Lord first and his family second. We love Tyler and have always admired how he has always been there for his family. Our prayers are with Tyler and we pray that you, too, will see how important Tyler is to our family.

Respectfully yours,

Debra Selby Potter

Debra Selby Potter

**Dear Judge Guirola,**

I respectfully ask you to show mercy in the sentencing of Tyler Selby. I have known Tyler since he was about six years old, and I have been close to his family ever since we first met at First Baptist Church of Ocean Springs, where his father was the pastor. The Selby children grew up alongside my own, attending the same schools, church activities, and playing together in our neighborhood.

Throughout his life, Tyler has been a polite, well-mannered, and devoted family man. As a youth, he was actively involved in my Bible study groups and always eager to help with community outreaches, Vacation Bible Schools, backyard Bible studies, choir groups, Awanas, and Upwards athletic programs. His love for music and his remarkable talent with instruments have been a part of his lifelong worship and ministry. He has given to his community and served others selflessly for years.

While Tyler made a terrible mistake, that one moment does not define the man he truly is. His life as a loving father, son, brother, and friend tells a far greater story—one of kindness, faith, and service. Like all of us, Tyler is imperfect, but he is also someone who seeks redemption and growth. I pray that this period of reflection will allow him to emerge stronger, using his experiences to help others facing similar struggles.

I urge you to consider his entire life and the testimony of those who know him well. Though one misstep may suggest otherwise, his character and lifelong actions make him worthy of mercy.

Sincerely,

Lynn Wade

2|4|25

Margaret Amelia Plunkett

The Honorable Louis Guirola
United States District Court for the Southern District of Mississippi
2012 15th Street, Suite 614 Gulfport, MS 39501

To Senior Judge Louis Guilrola,

It is my honor to write a character letter on behalf of Tyler Selby. My name is Amy Plunkett and I have known Tyler since he was five years old, and he has always called me "Miss Amy." I was "Miss Amy" when I was his AWANA's leader at church, I was "Miss Amy" when I was his art teacher at Magnolia Park Elementary School, and I was "Miss Amy" when our families hung out together as family friends. From 1994 to 2001, Tyler and his family were a regular and welcomed part of our family's social and church life in Ocean Springs.

I had the privilege of being Tyler's art teacher from kindergarten to 5th grade. He was such a friendly and delightful child, and I enjoyed watching him grow as an excellent student and artist. Tyler was very well behaved in school and got along well with classmates and teachers. He always had a smile on his face and a good story to tell. Tyler could always make me laugh.

My twin daughters and Tyler are the same age, attended the same school and church for six years, and played together often. Tyler was such a friendly and full of life young boy and our kids loved playing together. One of my favorite memories of Tyler was when he was at our newly built and completely empty home for our twin daughters' 6th birthday party. Tyler led the whole group of party goers on a tour of the empty house, running, jumping, rolling, and using all the empty rooms as a gymnastics space. In a photograph from the party, Tyler and both my daughters are standing on their heads, leaning against the wall with big smiles on their faces. Most of my memories of Tyler include that same big smile on his face!

After we moved to Fairhope, AL in 2001, our families stayed in touch and saw each other occasionally. My twin daughters and Tyler were reunited for a whole week when they were fourteen and attended Lake Forest Ranch Summer Camp together. I stayed at the camp as a chaperone and got to spend time with Tyler too. It was easy to see that as a teenager, Tyler was devoted to his faith, loved playing music and singing, and was a natural leader. The last time I saw Tyler in person was at his wedding, and yes, that big smile was on still his face. Through the years, I have kept up with Tyler through his parents and on social media. I have always enjoyed seeing that same joyful smile in photos of Tyler with his growing family, performing music, and even on simple daily life posts. In all my memories of Tyler, I remember the character of a fine young man.

Thank you for reading this letter of support for Tyler Selby. I have been in contact with Tyler over the past couple of years. From talking with his parents, I feel that Tyler has been able to find unexpected joy, peace, and purpose during his incarceration. I humbly ask that you consider a lenient sentence for Tyler as he works to rediscover his joyful smile and calling in life.

Sincerely, Margaret Amelia "Amy" Plunkett

Amy Plunkett    2/7/2025

February 10, 2025

To whom it may concern:

My name is Martha Webster. I met Tyler Selby in 1994 when his father, Dr. Hal Selby became my pastor at First Baptist Church Ocean Springs. The Selby family and I have remained friends. I have watched him grow into a young man. He would do all kinds of work for us like all teenagers. He was very active in all the youth events and church. Tyler was so talented in music, church, choir and a youth leader. He was a model of a perfect young man.

After Tyler married and started having a family he remained in church. He made sure he stayed a followed of JESUS. He was a minister of music. He was a leader for his family and a servant of JESUS. He always had Grace, his wife, and the children with him. He was a great provider for his family. They were a happy normal family. He was obedient to his Savior JESUS.

Madam/sir I can only give you a character reference of a hard working young man with a beautiful family that he was so proud of every day.

Respectfully,


Martha Webster

Feb. 10, 2025


Federal Public Defender Office

2510 14th Street, Suite 902

Gulfport, MS 39501


Attn: Public Defender's Office


This letter is written concerning the upcoming sentencing hearing for Tyler Selby. I was a member of the church where he served on staff. In my daily interactions with him I never saw inappropriate behavior. I understand Mr. Selby takes full responsibility for what he has been charged with.


Sincerely,

Diane Easley

Diane Easley

Regarding: Support letter for Tyler Selby                                           February 11, 2025

Judge Louis Guirola,

My name is Connie Smith. I have known Tyler Selby for about 20 years. His Father was the pastor at my church from 2000-2009. I watched Tyler, this likeable young man, grow through the years and admired him for being such a big part of our church family.

He eventually became our Music Director. He loved to play the guitar and sing praises to the Lord. He was very good at it and put his whole heart into sharing his talent and his love for the Lord.

I worked with Tyler on many occasions. We prepared our stage for special holidays and events. He was easy to work with because he was respectful, committed, kind and caring. He was always looking for things to do and welcome people into our church. He also worked with the youth and was a good example for them by sharing the gospel and his love for the Lord.

During COVID shutdown when our church was closed, Tyler took it upon himself to organize everything to make sure we had music and a Sunday morning message every Sunday. I call that commitment. He did a great job and our congregation was very grateful to him.

During the time I worked with him, he was a good father to his children. He brought his family to church and was doing lots of fun activities with them and his wife. They became family to us also.

I pray this letter will help you see what kind of person Tyler Selby is to me.

Sincerely,

Connie Smith
Connie Smith



*Ginger W. Harvey*

Dear Judge Guirola,

I am writing to provide a character reference for Tyler Selby, whom I understand is appearing before you in court. I have known Tyler for 24 years and I would very much like to express my support for him.

I met Tyler when I moved to Ocean Springs, MS in 1999. He was about the same age as my children and we lived just across the street. His mom, Lisa, and I became close friends and our families spent a lot of time together. I kept up with Tyler through his years of growing up, starting a family, and pursuing his love for music.

My kids loved to play with Tyler and his sisters. Our favorite outing was going to the beach. One time when we went to the beach, Tyler and my son, Patrick, were jumping into the water. Tyler must have landed on a piece of glass because he came out of the water with tears in his eyes and blood on his foot. When I looked it was pretty deep and I knew I needed to get him to a doctor. Tyler, age 11, was the oldest of the 5 children that I had taken to the beach that day. Even at that young age and with his foot profusely bleeding, Tyler remained calm and helped me get all the younger kids in the car before he worried about his foot. He did not want his sisters and my youngest daughter to get upset!

As we were living right across the street from Tyler's family, we shared many meals together. Tyler and Patrick loved to go to the docks with their dads to get fresh shrimp we could all have for dinner together. And of course, every meal had to be followed by ice cream for dessert! Even now, Tyler loves to cook and I like to think he found his love for cooking from seeing his parents and my family all in the kitchen cooking and sharing food together.

Tyler is a kind and loving person. He loves his kids and wants what is best for them. Even though we later moved away from Ocean Springs, we would visit with Tyler and all of his family when we could. I live close to Starkville now and would always visit with Tyler when he brought his kids to see his parents and, of course, take them to the MSU football games.

Tyler is such a hard worker. He has always worked hard to support his family, sometimes even working 2 jobs so that his wife(ex) could get her master's degree. He was so committed to his worship leader job and you could see his genuineness in his music.

I know Tyler regrets his actions that led to him appearing in your court. He truly has a kind heart and he has true remorse for his deeds. I believe Tyler is a good person who made a mistake but he is committed to becoming a better person.

I plead mercy for Tyler in his sentencing. Tyler can be an asset to his kids and community. I feel that because of his background in church and his willingness to openly share his story, Tyler could have a positive impact on young people in his community.

When I learned of Tyler's imprisonment, I began corresponding with him weekly through letters and cards. Our correspondence has concreted my belief that Tyler is remorseful for his actions and that he is still a kind, compassionate, loving person.

Thank you for this consideration،

2-1-25

Ginger W. Harvey

Janice Kirk

██████████████

January 30, 2025

Honorable Judge Louis Guirola:

I am writing to you as the grandmother of Tyler Selby, who is currently awaiting sentencing. Tyler is my first grandchild, and from the moment he was born, he has held a special place in my heart. Watching him grow into the man he is today has been a great joy, and I hope to provide you with a deeper understanding of his character as you consider his sentencing.

From a young age, Tyler demonstrated strong morals, respect for his family, and a deep commitment to doing what was right. He was often the leader among his siblings and cousins, always looking out for others. I recall one instance when all the grandchildren were visiting, and we planned to go to a movie. Before agreeing to go, Tyler insisted I call his parents to make sure they approved—a small but significant reflection of the respect he had for their guidance.

Tyler has always been a hard worker. As a teenager, he worked at the Tato-Nut Donut Shop in Ocean Springs, where he built strong relationships with both the owners and customers. He later took on jobs at a steakhouse and a seafood restaurant, proving his dedication to providing for himself and his family. After getting married, he sought stable employment and became an EMT, while also serving as a part-time worship leader at his church. It was in this role that he truly thrived, using his God-given musical talent to uplift others and bring them closer to Christ.

Above all, Tyler is a devoted father. He has always prioritized teaching his children kindness, faith, and integrity. He prayed with them, took them to church, and encouraged them to live by Christian values. Being away from them for the past eighteen months has been devastating for him. He longs to be reunited with his family so he can continue being the loving, present father they need.

I understand that Tyler has made mistakes, and he takes full responsibility for his actions. However, I humbly ask that you consider the person he truly is—a man of faith, integrity, and deep love for his family. I know that, given the opportunity, he will work tirelessly to rebuild his life, serve his community, and be the father his children deserve.

Thank you for your time and consideration. I appreciate the weight of your decision, and I trust in your fairness and wisdom as you determine his fate.

Sincerely,

Janice Kirk

Michael and Myra Keasler

February 12, 2025

RE: Tyler Selby

To the honorable Judge Louis Guirola,

We are happy to write in support of Tyler Selby. Michael and I have known Tyler since his birth to his parents, Hal and Lisa. We were members and attended Adaton Baptist Church for 20+ years. We have known Hal and Lisa personally for 36.5 years and know all three of their children very well. Tyler is the oldest of the three (35), and of the three, the closest to our son, Jordan's age (33). Our families bonded quickly after Hal and Lisa were called to Adaton Baptist Church in 1988. In addition to spending lots of time together at church, we spent many weekend nights with the Selby's at their home in Starkville playing board games and visiting while the children played. Our children grew to be very good friends not only in the church realm, but also outside of church. Tyler and Jordan always had a healthy friendship as they got along and played well together. When Hal and Lisa left Adaton Baptist Church and moved to Ocean Springs, MS to lead another church, we traveled to Ocean Springs on many occasions to visit them. By this time, we had a daughter, Mallory, and the Selby's now had three children. We always had a large time visiting with the Selby's and would make plans for many return visits. We would go to the beach, have picnics and just spend great quality time together. Our children loved spending time together as they missed each other after the Selby's moved from Starkville to Ocean Springs.

Hal and Lisa always made it a priority for Tyler and his sisters to be engaged in church activities. The both of them led by example by showing their children how important it is to attend corporate worship as well as Sunday school and other church activities. Instilling in them God's truth was a blessing for their children. As a young child Tyler was active, but not disrespectful or disruptive. He was a loving child and a thriving boy always eager to learn. Tyler's disposition was always one of joy and love. He was very respectful of others and to authority. He was always a delight to teach in Sunday school or vacation bible school.

We watched as our children and the Selby children grew to be teenagers, and eventually into adulthood. We can remember as Tyler married and he and his wife had their first son,
▇▇▇▇ They were smitten with this little one that God had entrusted them with. He was a joy! As a young married couple with a son, Tyler was actively leading worship music at a church in Ocean Springs while also pursuing a college degree. Tyler is very talented with music and plays guitar well. He acknowledges this is a gift from God and he uses it to glorify Him. With his gifts, he has served God in many roles within the church.

Since our children have grown into adulthood, and the Selby's living away from Starkville, we have seen less of the family, which is to be expected. We understand and respect the judicial process that is in place. We know and understand Tyler has taken responsibility for his actions. This one incident, in our humble, honest opinion, does not define the character of Tyler. In everyday life we sometimes make mistakes and choose what are considered poor choices. For the choice he made, he is abundantly remorseful. While Tyler has been incarcerated, he has interacted and shared with others by leading a bible study. He is true to his faith and takes his stand seriously, sharing when the opportunity arises. Boldly sharing his faith and helping others when times are given is a statement to us that Tyler practices his faith.

We thank you for taking the time to read our letter regarding Tyler Selby. He made a mistake, but he is a good man, a loving daddy to his three children, and a wonderful son to Hal and Lisa. Thank you for listening.

Sincerely,

Michael and Myra Keasler

William M. Grantham

January 30, 2025

Judge Louis Guirola
Senior United States District Judge
United States District Court
Southern District Mississippi

The Honorable Judge Louis Guirola;

I am writing this letter on behalf of Tyler Selby due to the fact that my husband and I have known him since birth and watched him grow up. We are so close to him that he and his siblings called me Aunt Paulette. As we watched him grow up in church and community, he not only carried himself to a high standard of character but signs of maturity beyond his age. As he grew, he used his God given of music in the church and choir and served in churches by leading music in song and instruments. I also watched him grow as a man who sometimes worked several jobs to support his wife and children. Tyler has been charged with a federal crime that has a potentially lengthy sentence. Tyler also deeply regrets his crime and takes full responsibility for his actions. While being incarcerated Tyler has led bible studies to the inmates where he served. I honestly believe Tyler, like so many others, in one bad decision by giving in to the dark side of the internet.

By no means am I condoning what Tyler did, but I truly believe he regrets his actions and still has a lot to offer for our society and his testimony for the ministry of the church will help others that might fall into this crime. As his family grew, Tyler always put his family first except for this one incident. When considering his sentencing I'm asking you to consider time already spent and future time that will allow him to have a second chance from his mistake. Thank You for taking the time to read this and your consideration when passing sentencing for Tyler.

Paulette C. Grantham
January 30, 2025



1/30/2025

Honorable Judge Louis Guirola
2510 14th Street, Suite 902
Gulfport, Mississippi,39501

Dear Honorable Judge Louis Guirola,

My name is Paulette Ming. I am a friend of Tyler's family for over 30 years. Tyler's
father came to pastor the church that I attend. When Tyler was still a young boy his
family moved to the coast. We stayed connected with the Selby family through the years.

When Tyler got married, his parents came back to pastor Adaton Baptist Church. Tyler
and his family would visit often, and, on several occasions, he would sing specials. Tyler
has always worked hard to provide for his family.

I know that Tyler has always been a good person other than committing this crime, which
he has taken responsibility for.

Tyler will have the support of family and friends when he serves his time. I realize the
seriousness of his case. I appreciate your consideration of my letter.

Sincerely,

Paulette Ming

Paulette Ming

1

February 5, 2025


Omodare B. Jupiter

Federal Public Defender

2510 14th Street, Suite 902

Gulfport, Mississippi 39501


RE: Tyler Selby


Dear Sir:

Enclosed is a letter from us to Judge Louis Guirola as requested by your office. We understand this letter is to be presented to the judge on Tyler Selby's behalf prior to the sentencing date scheduled for March 13, 2025.

We sincerely hope this letter will be of enlightenment to the court for we think so highly of Tyler and cherish his friendship so dearly.

Thank you kindly for affording us this opportunity.


Sincerely,

William S. (Bill) & Nan Thompson

February 5, 2025


Honorable Judge Louis Guirola:


In 1994, we, Bill and Nan Thompson, were living in Ocean Springs, Mississippi, and were parenting three children; two college aged and one at home preparing for high school. That same year we had an added blessing come into our lives. We met Tyler Selby, at age 5, and his younger sister. They, with their parents, had moved to Ocean Springs where his Dad became pastor of our church, First Baptist Church. In that position Tyler's parents were often on call for different occasions so Tyler and his sister were frequent visitors to our house. We were always happy to have them.

We have wonderful memories of those early days of Tyler's visits with us. His congenial, cooperative, helpful attitude made his visits a pure joy. He was never any problem or trouble, just a positive presence in our lives.

As Tyler grew into a school age child, then an adolescent, and later became a high school student, we noticed his personality traits remained mostly the same. He possessed an easy-going spirit with a compassionate heart toward others, ready to help anyone and eager to learn to improve his future. He had a natural ability to express himself through music often without formal training. He exercised this ability by using his talents to lead in worship music countless times in various programs. He even wrote and played songs for his two sisters' weddings. That special caring trait showed his unselfish love for them and his wish for their happiness – just another mark of his love for family.

Later as Tyler matured into a young adult, married, and had children, he realized his responsibility as a family man. He often worked two or three jobs to afford a reasonable, well-being, lifestyle for his family. With multiple job schedules, we once briefly assisted Tyler with daytime child care. We found Tyler to be dependable and reliable even though his life held high demands. Because Tyler's love for family was intent, he often took sole responsibility for his children's welfare, extra-curricular activities, and school work.

Tyler is not a perfect person but he is an exceptionally good person who over and over has tried to do the best for himself, his children, and his family. He genuinely

cares for his God, his family, and his friends. Even during this year and one-half confinement period, he has chosen to attend and engage in available positive opportunities.

Yes, he, like all of us, made a mistake and his was a bad mistake. However, a mistake does not constitute the sum of Tyler's total being. He has owned that mistake, totally regrets it and he has learned from it in some very harsh ways. He has used these harsh circumstances to enhance his realization of life and its benefits with the hope of regaining another chance to be an even better person. While not condoning his mistake, we continue to support him and pray for him, his family, and his precious children.

Even though life has taken us in different directions at times, our friendship with Tyler has remained steadfast.  We feel we sincerely know Tyler, his true character, his talents, abilities, cares, concerns, and beliefs.  We feel and know this world needs and would benefit from the positive characteristics Tyler could contribute to his family, friends, and community.

We humbly offer this glimpse of Tyler because of his loving influence on our lives. He has endeared himself to our hearts from the first day we met and through the years even until this day.  We will forever be thankful for him and his blessing to our lives.


Sincerely,

*William S. Thompson*

*Nan Thompson*

William S. (Bill) and Nan Thompson

Halbert R. Selby, Jr.



February 14, 2025

Judge Louis Guirola
Senior United States District Judge
United States District Court
Southern District Mississippi

The Honorable Judge Louis Guirola;

My name is Hal Selby and I am the dad of Tyler Ray Selby. Tyler is to appear before you on March 13, 2025 for his sentencing. I am writing this letter to tell you a little about my son so that you can know more about him than just what he is charged with.

Tyler is the first born child of my wife, Lisa and me. I vividly remember that long night my wife was in labor and the overwhelming joy we felt when we were told our baby was a healthy boy. There really are no words that can describe the love and joy we had on that morning of his birth! And that love and joy continues to this day and will never change.

We lived in Starkville, MS when he was born and we moved to Ocean Springs when he was five. We moved to Ocean Springs because I had accepted a new pastorate in the city.

So much of Tyler's life revolved around activities related to the churches I served. We were on the Mississippi Gulf Coast for most of Tyler's life and it was there that he met his wife, Grace and they made their home.

Tyler had a normal and healthy childhood along with his sisters, Katelyn and Jana. Tyler and his sisters attended Ocean Springs schools and during his childhood years he participated in city league sports of basketball, soccer, football and baseball.

While in middle school, he played football and began playing in the middle school band. When he reached high school because of his love for music he devoted his attention to playing in the marching band. He loved it and succeeded at it. We attended everything he did with the band and his band director often commented to us about the young man that Tyler was. He was on time, practiced hard, helped other band members, and was the leader of his section in the band. He could always be counted on as he was dependable.

Tyler is so gifted when it comes to music. He plays by ear and could pick up most instruments and play them. His children's choir director at church said he had perfect pitch and that contributed to his giftedness with regard to music.

As he got older his love of music and his love for God came together as he began leading worship in various churches. He is so gifted at it. It was obvious to me how God used him

and worked through him as he led worship. I say that because for a period of time he lead worship at the church where I was the pastor. The churches he served loved him and saw the same qualities and character traits in his life that we saw. Character traits like love for God and people, commitment, hard worker, dependable and a loving and caring heart.

Tyler is an amazing person. He is so likable and a joy to be around. But as you might expect he was not perfect. Tyler never gave us any problems growing up. He was never disrespectful or rebellious. He did not use drugs. He was not into the drinking scene though we knew he did try beer. He had shared with me that he struggled with pornography and I felt he was working on that by using internet filters and accountability. His efforts to overcome this struggle also included his talking with a professional counselor.

I also worked with him some with his struggle. In my ministry, I work with other individuals who battle pornography and most of these, like Tyler, are sincerely and seriously seeking and wanting to overcome it. But one thing I know, and research supports, is that pornography can become enslaving and controlling. Many of these individuals become so enslaved to and by pornography that their behavior moves to a place that they would never ever want to go. I believe this is where my son was. What I mean is that the evidence is there that what Tyler did was wrong but what I know is that what Tyler did is not who my son is. That was not his life as a whole. I believe that his wrong choice was influenced by the evil impact that pornography has in a person's mind. The powerful control of pornography on the human mind can and does influence a person to do things that are so out of character with who they are at the core of their lives. I believe that this is true about my son. Tyler would never have done what he did had pornography not been a part of his life. I believe I can say that because what he did is not who my son is. Who my son is is what is seen in the evidence of the other aspects of his life.

Tyler worked hard along with his wife to help provide for his family. Tyler was a dependable hard worker. This was evident when he started working at a donut shop in Ocean Springs, MS shortly after hurricane Katrina. He was in high school and would go to work at 5:30 and and work a few hours before school. Later he worked at a restaurant as a cook. In that job his dependability was seen in the fact that his boss trusted him to the point that even as a high school student she allowed him to basically be in charge while she was not there.

In addition to that, he served multiple churches as worship leader, he cut lawns, drove a school bus, worked as an EMT with an ambulance service, and worked in the oil field. Often he worked multiple jobs to help support his family. This is who my son is.

His kids love him. He is a great dad to them. He would take them to school and pick them up from school. He would take off work to take them to the doctor when they were sick. He took them to ball practice and even helped coach. He cooked meals for them and helped around the house by cleaning. He was a great dad. This is who my son is.

In July 2023, he arranged a trip for he and his sons to take me to a NASCAR weekend in Atlanta, GA. We had an amazing time. It was awesome to watch him care for and interact with his boys that weekend. The things I saw in him that weekend were the things that I had seen in him when we would be at home with them. His love for them. His watch care over them. His loving correction of them. This is who my son is.

Some would look at the charge against Tyler and conclude that this is who Tyler Selby is. I would disagree! And what is evident in his life is that it is not who he is. Yes that one time event was wrong and he is genuinely grieved and sorrowful for what he did and though he has not been able to personally ask his children for forgiveness, he has written his apology in letters to them sharing his sorrow and asking for their forgiveness. These letters are sealed and I am keeping them till it is permissible for me to give the letters to them. My pray is that he will have the opportunity to ask their forgiveness in person before the letters are given to them. This remorse and grief over what he has done and his desire to make it right with God and his children and family is who my son is.

All of that said, this one event is not the sum of his life. There is so much more about him and so much more with regard to his family that is good.

And so your honor, I share all of that with you because I want you to see that there is so much more to my son's life than this with which he is charged. I am humbly appealing to you to please show mercy to my son as you determine his sentence. I know he sinned against God, his son and his family. I know that even though he has sought the forgiveness of God and his family, I know there are consequences to his actions which will include his serving some time in jail. I am asking if you would please be merciful as you determine his sentence. He knows the seriousness of his actions and he has learned from them. Please consider these things as you render your decision.

Sincerely,

*Hal Selby*

Hal Selby.

Lisa K. Selby

February 14, 2025

Judge Louis Guirola
Senior United States District Judge
United States District Court
Southern District Mississippi

The Honorable Judge Louis Guirola;

I would like to thank you for allowing friends and family to write letters on behalf of my son, Tyler Selby. I never dreamed, as a mom, that I would be writing a character reference on behalf of Tyler for the sole purpose of allowing someone to see the many attributes that he encompasses as an individual while incarcerated, but I am grateful.

Tyler came into this world a bundle of joy as many children do to their parents. He was our firstborn and we were ecstatic to say the least. In our eyes, he could do no wrong. Tyler stole the hearts of whoever he was around. He was always full of life; no worries or concerns, just carefree. I remember one of his elementary teachers telling me how much Tyler made her laugh. He always had a joke to tell whether it made sense or not. As he went through elementary school, he showed a heart of compassion, caring, and respect to whomever he was around. He received the Citizenship Award many times while in elementary school which truly was well deserved. I remember numerous times that Tyler would come home and if he saw someone in need within his classroom, he would tell us and ask us what we could do to help. He was always willing to give something away so that others would not go without. His generosity knew no bounds. His spirit of compassion, respect and kindness was consistently demonstrated.

Tyler also enjoyed being outdoors! He loved hanging out with neighborhood friends and riding bikes, rollerblading and jumping off his bike ramp. He enjoyed basketball, playing soccer and also playing football through community sports offered by the recreation department in our town. His summer was filled with trips to see his grandparents with his two sisters and his cousins. He loved being on the family farm and riding horses with his papaw, riding the tractor and just farm life in itself.

As Tyler got older, he displayed a love and talent for music. God truly blessed him with the ability to play any instrument by ear and he was determined to try every instrument! He quickly discovered his love for a guitar. He would stay up all hours of the night mastering a song and couldn't wait until we were all up in the morning to show us. While in high school, Tyler was a dedicated member of the Ocean Springs Blue Grey Pride Band. This was Tyler's community within his school. He loved band and loved being under the direction of Mr. Joe Cacibauda. Mr. Joe always had a kind word to say about Tyler. He talked about his hard work, dedication and dependability to us on many occasions. If Tyler was on a "team" he gave it his all and worked hard to do his best.

After Hurricane Katrina hit our area, Tyler began working at the TatoNut shop in Ocean Springs. As soon as he would get off work, he would head to the church and help with any relief work our church was doing. Tyler built many friendships with the mission groups that came and stayed at our church and would go and help them any way he could. Once school went back in session after the storm, Tyler continued to get up and be at work by 5:30a.m. Again, hard work, dedication, and determination were traits he exemplified demonstrating a level of commitment and perseverance beyond his years.

Tyler's faith has always been a central part of his life. Of course, with his dad being a pastor and Tyler being a preacher's kid one would say he didn't have an option but, he was never forced. He loved church. He loved being active in the youth group and playing his guitar. He was always eager to volunteer to help in any community project or mission in which our church was involved. He played Upward basketball through our church and was there to help whenever the gym opened until it closed. He is definitely a "people person." Tyler remained having that outgoing and full of life personality throughout high school and into college. In college he became very active in the Baptist Student Union. The BSU became his community group while in college. It was during his college years that he began leading worship both at BSU and also his church.

Tyler has displayed so many leadership qualities in his life. A few of those that stick out the most are within his jobs. Once hired, he gave it his all. He was hired as a part time worship leader but did above and beyond his "part-time" job. He worked full-time with part-time pay but it never bothered him because he loved what he was doing. He taught bible study to youth and adults at times. He organized many music events at the church and many mission activities. Another was when he worked at Cheryl's steakhouse in Ocean Springs. I remember Cheryl trained him on the grill and she felt comfortable enough to go out of town for an entire weekend and left Tyler in charge. He was like this with every job he was given. He embodied hard work and dedication and was trustworthy to his employer.

After Tyler married and started his own family, he was a very devoted and dedicated husband and father. I can honestly say, he continued to carry forth all the traits previously mentioned. Tyler enjoyed fishing and kayaking with his family. He was very active in all of his children's school activities and extracurricular activities. He was at every practice and every ballgame and even helped coach at times. He was present, always. He hunted when he could and enjoyed Nascar, which was an interest that began at a young age because his dad enjoyed it. A couple of weeks before Tyler was arrested, he and his dad took Tyler's two boys to Atlanta Motor Speedway for the weekend to watch Nascar. I am so grateful they did this together.

Tyler worked three jobs at times to make sure he was providing for everything their family needed. There were days he would work 36 hours and no sleep. As a mom, I worried about him when he did this but he did it for them. If kids were sick, he would take off work and take them to the doctor. He sacrificed his own self in so many ways because of his love for his family. I remember when he first married, as he and Grace lived with us, he would sit up with his wife and encourage her and help her in any way he could to see that she completed projects and papers so that she finished all her college assignments to graduate. I could write a book on his love and dedication to his family but, for time sake, I will not. Just suffice it to say, he loved his wife and children deeply.

While Tyler has been incarcerated, I sense he is still displaying kindness to those he is around. He made a comment to me one day over the phone that moved me deeply and reminded me of his big heart. He said, "Mom, I look around at these men I am around and think I would not have been your friend outside of these walls. I would have thought myself better than them but God has shown me that we are all the same." I know that while Tyler has been incarcerated, he has led a bible study and tried to encourage some of the men in his unit and for that I am grateful. He built friendships as he stood up for those who seemed less fortunate and didn't have support within the unit. Again, I am grateful. Even while being incarcerated, Tyler has continued to show forth kindness and compassion which have always defined him.

In closing I would just like to say that I truly believe that faith, family and friends are three very important keys to Tyler's life that have helped sustain him while in prison. As parents we have continued to work through Bible studies with Tyler and pray with him on a daily basis. He talks with his sisters weekly, and I know that brings him joy. We also visit with Tyler twice a month and his sisters and their families visit when they can. Despite the hardships he faces, he remains determined to grow and learn from this experience. We, as a family, have continued to write, call and text him to encourage him and lift him up when the load seems too heavy for him, especially regarding his children. Many family friends have written him letters to encourage him and let him know they are praying for him. We continue to show forth grace, love and share truth with him as we feel these are essential in not only his life but in everyone's life we encounter.

I truly believe that this has been a divine intervention on Tyler's behalf by God. I also believe that Tyler has a remorseful and broken heart with a determination to make it right. This one incident does not define our son. Yes, he made a bad decision, but this isn't who he is. I believe, if given the opportunity, that Tyler could make a huge impact on the lives of many people, both young and old, who are given into the evils of pornography.

I would like to say thank you, Judge Guirola, for taking of your time to read the letters on Tyler's behalf. My prayer is that you get a glimpse of the person our son truly is to so many. I respectfully ask for leniency in his sentencing. I believe that Tyler fully accepts responsibility for his actions and has learned from them. The time he has already served has been a very eye-opening, transformative and humbling experience.

Sincerely,

Lisa Selby

Judge Louis Guirola,

I would like to start this letter by disclosing that I am not completely in the dark regarding the action Tyler has been indited for and has pleaded guilty to. I have read the redacted affidavit myself so I would have as clear of an understanding as possible.

I have known Tyler for approximately 5 years. Mostly through his parents but I have had some one-on-one conversations with him regarding a worship pastor position at a church. I found Tyler to be humble and pleasant. He was knowledgeable in the things of God and was great to get to know better through that process. I know that he has been trained in what is right and wrong and has witnessed what God can do in a person's life if one will allow themselves to be controlled by the Spirit. He knows what he needs to do and based on my letters with him finds himself paying for a mistake. I call it that because I do not think that this action is indicative of his life though it will define him for the rest of it.

There was one point in our considerations for him as worship pastor of our church that one of the men on the committee was stone-walling his resume. Tyler knew who the problem was and was still gracious throughout the entire process. I found him to be patient and kind when speaking of all that was going on. His father was the pastor of the church at the time, and he was more concerned about how his dad and especially his mom was handling the stress of it all and how it might be affecting their ministry at our church. This spoke volumes to me as a son of a pastor myself.

I have also written some letters to Tyler while he has been in jail. Never once did Tyler fail to take responsibility for his actions or blame his tumultuous marriage on his short comings or mistakes. He is leaning into where he needs to lean and that is internally. I understand that there must be recourse for actions. In fact, I think we need them as humans so not to make the same mistakes repeatedly. Never again will his life be the same and I hope above all hope that he will be able to have some life beyond prison to attempt to repair the trust he has broken with his kids.

I ask you consider my experiences with Tyler when processing all the facts in his sentencing. I humbly ask you consider giving him the fairest sentence possible while allowing him to have an opportunity to build a life beyond the prison walls in the future.

Humbly,

James Tidwell

Lori Slay



4 February 2025

Dear Judge Louis Guirola,

I am writing this letter on behalf of my nephew, Tyler Selby, whom I have had the privilege of knowing since the day he was born. Tyler is a kind-hearted individual with a deep desire to help and to serve others. I have always admired his dedication to hard work and his many talents.

Throughout his life, Tyler has demonstrated a strong work ethic, holding various jobs since his high school years. He has worked in the food service industry as both a cook at a steakhouse and a server at a local donut shop. After starting a family, he served as an EMT, took on the role of a music leader at his church, ran a lawn care business, worked offshore for a time, and even worked in real estate – all while juggling various classes at the college level. No matter the job, Tyler has always been willing to roll up his sleeves and contribute in meaningful ways.

Tyler is also a devoted son and father of three. He is a strong and loving presence in his family, and his children mean the world to him. Being apart from them over the past 18 months has been incredibly difficult, but he continues to strive to be a better man for their sake. His love for his family, most especially for his children, and his commitment to their well-being are among the driving forces behind his desire to turn his life around.

One of Tyler's greatest passions is music. He is a gifted musician who plays several instruments, including the tuba, piano, and guitar. His talent has brought joy to many people, and his dedication to mastering his craft is a testament to his discipline and commitment.

Tyler is also a man of faith. He is a strong Christian, and during his time in jail, he has deepened his relationship with God by completing several Bible studies and sharing his faith with others. His focus on spiritual growth reflects his commitment to becoming a better person and using this time while incarcerated for self-reflection and improvement.

Tyler is fully aware of the gravity of his mistakes and takes full responsibility for his actions. The past 18 months have been incredibly difficult, as he has endured the pain of being separated from his children, his family, and the life he once knew. However, this period has also been one of introspection and personal growth. Tyler is committed to making lasting changes in his life—he has expressed a sincere willingness to seek

counseling, learn from this experience, and do whatever it takes to become a better man for his children, his family, and his community.

Given the opportunity, I have no doubt that Tyler will work tirelessly to rebuild his life and make amends. He has the determination, faith, and strong support system needed to successfully reintegrate into society. His family remains unwavering in their love and commitment to him, ready to provide the guidance, structure, and encouragement that will help him succeed. I truly believe that Tyler has the potential to be a positive, contributing member of his community and, most importantly, a devoted and present father to his children.

Thank you for your time and consideration. Please do not hesitate to contact me if you have any questions or need further information.

Sincerely,

Lori Slay

Katelyn Wheeler

February 18, 2025

Judge Louis Guirola
Senior United States District Judge
United States District Court
Southern District Mississippi

The Honorable Judge Louis Guirola;

Thank you for allowing me to a write letter on behalf of my brother, Tyler Selby. My name is Katelyn Wheeler and I am the middle sister of our family. Tyler and I are 3 years apart.

Growing up Tyler and I enjoyed riding bikes acting our favorite TV show, going on evening walks and bike rides as a family, and building couch cushion towers that we would jump off of. We enjoyed doing things together and we had a lot of fun doing those things.

During the summer, one of our favorite things to do was to listen for the ice cream truck to come by.  When we heard it coming we would run inside to get some money so that we could buy ice cream treats.  It was so funny because if we didn't make it back outside in time before she passed our house, we would get our dad to bring us around the neighborhood looking for her so that we could get our ice cream.  We would often sit on the driveway eating our ice cream after getting it.  Doing that together meant so much to us.

We also both enjoyed sitting on the porch swing together with our dad.  We would talk our dad into playing this rocket ship game where we would have to push his finger to stop the swing and lift his finger to go faster. We did that pretending the swing was a rocket ship.  My dad would suddenly stop while holding the swing up until we almost would slide out.  I remember we would laugh so much together as we did that.

Because our dad was a pastor, on any given Sunday after church you would find Tyler and I playing church in the living room while our mom made Sunday lunch. Tyler would stand behind the couch as if he was the preacher preaching.

As we got older we were very involved in our youth group at church.  We went to youth camp with the other youth, we sang in the youth choir, and we served the people at the church during youth fundraisers. We did so much together and we had so much fun doing it.

As big brother Tyler was a protector and I knew I could always count on him to help me if I needed it!

In high school began working different jobs. He was always a very hard worker and after high school and once he was married he often worked multiple jobs. He did so to provide for his family and make sure they were well taken care of.

Family was important to Tyler growing up and when he married and started his own family, his family was important to him. His kids were always so important to him as they still are. This was seen in how he made sure he was at all his kids' award days and their extra curricular activities. He made sure that if the kids were sick that they were taken to the doctor even if that meant he had to take off work for a few days to take care of them. And he did these things because he loved his children and along with his wife wanted to make sure they were provided for. It was always amazing to me how he did this on occasion while working more than one job.

A few years ago Tyler started his own lawn care business and he took that time to teach his son, ████ all about mowing the grass and how to work the zero turn lawn mower.

Tyler loved to cook for his family! He enjoyed smoking all types of meat on his pellet grill because that gave him time outside on his day off to be with the kids playing basketball, watching them ride bikes or play with sidewalk chalk. He and the boys would go fishing in their neighborhood and he would teach them how to clean and cook what they had caught.

Tyler's family was his everything and it didn't matter how tired he was he was going to blow dry his baby girl's hair and paint her toes whenever she wanted! He always made sure that the kids knew he loved and cared for them. On top of all of that, he led his family spiritually as he made sure they know about God and were involved in church.

I know that all of that is so positive but as you might expect there were times as we were growing up that we argued with each other and had our disagreements but it never interfered with our love for each other. Obviously Tyler was not a perfect person as none are but he was and is a person that seeks to do what is right and is willing to admit when he is wrong or done wrong and seeks to make those things right. Tyler's life is so much more than the reason he is facing a sentence in prison. He has admitted his wrongdoing, has sought the forgiveness of those he has hurt by his actions, and knows and accepts the consequences to his actions. What I am asking of you, judge Guirola, is that you please show him mercy when you make your decision about his sentence.

Thank you again for reading this letter and taking it into consideration.

Sincerely,

*Katelyn Wheeler*

Katelyn Wheeler

The Honorable Judge Louis Guirola:

Re;  Tyler Selby

My name is Ron Mumbower and I am a licensed Marriage and Family Therapist by the state of Mississippi (T0116). I have been in practice in this state for over 40 years. Currently I am in private practice in Clinton, Mississippi. I have been seeing Tyler on and off for the past 4 years. Since his incarceration I have had a weekly appointment with him almost every week.

I have Tyler's permission to write this letter. Even though Tyler's actions have brought on his crime I find Tyler's handling of this crime as very remorseful and repentant. Tyler is a Christian and is greatly saddened by his actions. He admits his wrong to his son and to the community. We could go into the why's of how this happened for a lengthy amount of time, not as a way to justify why he did what he did, but as a way to understand the what behind what he did. But that is not what is being asked for, by this letter.

In the years I have known Tyler, I find him to be a very compassionate soul that loves all 3 of his children. He was in a very stressful marriage, one in which he took very seriously his role as husband and father. Tyler was unwavering in his continued response of love and attention to his wife and children. He worked hard to provide a living for his family at jobs that were often very draining and long hours. He was active in his church attendance and lead in worship and made sure that his children were brought up in the ways of the church.

His extended family, his parents and sisters are very supportive of Tyler and have helped a lot in the raising of Tyler's children. They all have gone to great lengths to be present in the lives of the children and at great sacrifice of time and resources to meet the needs of his children.

Tyler would take time off from work to make sure that he was present for the children's activities at church and school or sports. Even after long hours of work and little sleep he would make sure that the children were cared for and their needs met, either through preparing meals, housework,

etc., all the while trying to remodel a house and help with the basic house chores that are required for a young family. Tyler is a committed husband and father.

Tyler is also a committed Christian. He made a grave mistake and understands that, but his commitment to serving his Savior is a constant discussion between us. He is learning to take the consequence of his actions as a means of growing in his faith, in his life, and in his future goals and dreams. From a counseling perspective, his spiritual side is not denying the psychological and emotional reasons behind his actions. He realizes that what he did was wrong and will spend the rest of his life proving he is not that type of man. I have seen him use the insight he has gleaned from this experience already in his conversations with other inmates and newly found accountability friends. I hear him applying the principles we talk about into the conversations he is having with other people in jail with him.

Even though there have been times of discouragement in all of this time of waiting for his trial, Tyler amazes me with the perseverance to jump back into seeing this as an opportunity to grow in his faith and as a man. He is grieved by his actions and despises what he did to his son, but he then moves on to seeing this current state of affairs as a means to get him healthy and focused on what he will do to stay focused on the right choices and paths in the future.

During his present incarceration he has not stopped building accountable relationships with other men in jail, to help him stay focused as a mature man on his walk with Christ and as a loving man and father. I have been so impressed with his resilience in jumping back into a positive attitude rather than staying in a "woe is me," mindset. He has been angry, but this is not long lasting. He has not been in any difficulty during his incarceration. He has stayed to himself, and a few close friends, in constant contact with his father, parents, and sisters, the chaplain, me, and his personal devotion time, as well as his reading of his Bible, materials that are encouraging and growth centered, self-help books, prayer, and meditation as well as journaling his actions. This has proven as a means to get out his emotions and frustrations rather than pushing them down and denying or ignoring them. This has also been a way to allow him to

process those emotional disconnects with me, the chaplain or his dad.  In other words these new coping mechanisms are proving helpful in his processing that were not present prior to this event.  I only see him getting stronger in the days and years ahead as he continues to put into practice these principles.

I have worked with a lot of men in similar situations over the years but Tyler is in my opinion one of the few men who have demonstrated maturity in acknowledging his irresponsibility and taking strong steps to overcome the consequences and build on the mistake to better himself and his future.

I plan on staying connected with Tyler as long as it takes because I see him working diligently to work through the pain of the past to become the man he wants to be and that his children and the world needs.  Tyler, is truly in my opinion, taking his pain and brokenness, his sin, and his irresponsibility, and learning from it and building a new life in spite of the pain he has caused to so many.

If I can be of further assistance in this matter, I will be happy to help Tyler and you.

Sincerely,

Ron Mumbower

Ron Mumbower, Ph.D., LMFT(T0116)
Ron Mumbower Counseling

**Stacie Kirk Harris**

████████████

February 26, 2025

The Honorable Louis Guirola, Jr.
Senior Judge at United States District Court
Southern District of Mississippi
Dan M. Russell Courthouse
2012 15th Street
Gulfport, MS 39501

Dear Judge Guirola,

Tyler Selby is my cousin on his mother's side. I have known Tyler all his life and although I have not lived close to him, I have seen him regularly, often multiple times a year at family reunions, church homecoming gatherings, and tailgating at football games to name a few places. I've watched him grow as an adult, get married and raise his own family. He was always a very conscientious father and husband. I have seen Tyler and his family at countless gatherings during the holidays and at numerous weddings for his siblings and our cousins. Tyler has always been very family oriented and rarely missed an opportunity to get together.

Tyler was always a happy child; he could tell funny stories and the best jokes and at a very young age he had a clear passion for music. We all loved to be around him because he had such a likable personality and was very entertaining. He had a close relationship with his immediate family, his siblings, his cousins and especially his Grandparents, Nana and Pappaw. Tyler was a joy to be around, and I don't think he ever gave his parents any trouble. He was always a rule follower. From a very young age he was kind and compassionate, and he always had a servant's heart. I remember when he worked as an EMT and he would work long hours and was so committed to his job. He genuinely cared about the people he treated it wasn't just a job to him he was helping those who needed help, and he was glad to be able to do it. He held several positions within his church often leading worship as the music director. He loved his church and the people in the congregation, and they loved him back.

With God's help Tyler will get through this rough chapter in his life. In my heart I feel like there must be a platform or program outside of incarceration where Tyler

can be used to witness to others and continue his God given legacy to help and serve others. It is my sincere and continuous prayer that one day soon, Tyler is allowed such an opportunity, and I want to thank you in advance for anything you can do to facilitate and expedite that happening.

Sincerely,

Stacie Kirk Harris

Feb 23, 2025

Judge Luis Guirola:

Please accept this letter of request for leniency and support for Tyler Selby, who is presently incarcerated at the Pearl River County Correctional Center.

I first met Tyler when he attended a Bible Study at the prison facility back in January 2024 . Since 2015 I have lead Bible Studies for the inmates the 1st and 3rd of each month. Each session last 1 to 2-1/2 hours. I go right into the dormatory with approximately 30 men, or so, and those who are willing gather together to study lessons used as a guide to repentance and commitment to change.

I observe each student and decide to spend time with those who honestly and faithfully choose to move forward. Let me say that I am well aware that many, if not most, incacerated individuals have a superficial conversion and only after a few lessons lose interest not long afterwards and quit attending the meetings all together. Tyler is not one of those!

However, Tyler has been a different case and has shown enthusiasm in his desire to change his life all together. He is always first in line to start our studies, and eager to learn the next step in his transformation. He has shown not only interest, but is driven to create a life not just better than before, but an entirely new life. My aim is to not just teach Bible lessons by quoting or memorizing scripture, but to apply those lessons to ones own personal life and experience genuine life-changing results. Healing begins with acknowledging that something is amiss and thereby begin to seek for solutions.

Tyler has been brought up in the church, and is well versed with scripture, but at that time did not understand its importance until after his incarceration. Since then, he has admitted to his wrongdoing and has demonstrated the characteristics, ability and judgement to commit to his journey for the remainder of his life. Tyler has displayed kindness and understanding to other inmates especially those with disabilities; always willing to help in any capacity. Furthermore, from the begining his parents have been behind him 100%, and will fully support him throughtout his entire process. My personal belief in Tyler is evident by this letter, because I have never writen a letter of support for any other inmate, at any time.

In conclusion, I am confident that Tyler is sorry and is deeply remorseful for his actions and will continue learning throughout his life by putting God first, others second and self last. I hope and pray your honor will take these facts into account when sentencing Tyler. Thank  you for your time and consideration!

Hopefully yours,

Julian Chiasson



**EXTERNAL SENDER**

March 5,2025

Honorable Judge Louis Guirola
Dan M. Russell Courthouse
2012 15ᵗʰ Street
Gulfport, MS 395011q

**Your Honor,**

I am writing you on behalf of Mr. Tyler Selby. I watched him as a young man grow up as the son of our pastor that the church called when he was a pre-teen. In years later, Tyler's father left our church  to start another ministry and Tyler stayed on and led our church in music, in which he was very blessed and talented to do so. He become a father at a young age and I saw him provide for his wife and now a child. I saw them struggle like many young couples that start out. The ministry is a tough job and especially for young couples who are trying understand where God is leading them, it definitely "A Calling by God!".  Later, he (they) left our church to seek out other opportunities to support their growing family by him becoming an EMT and other endeavors to provide for his family.

We the church prayed for them even after they left our church because we knew Tyler's heart was his love to lead music. I knew he (they) struggled trying to provide for their growing family. Tyler, even went to New Mexico to work in the oil fields to provide for his family, but the distance and time away led to him returning home and being where he's at now.

As you weigh the sentencing of Tyler , I respectfully ask for leniency in the sentencing. I can't tell you why he did the things he did? I hope it was a momentary lapse in judgement. I know he loves his family by the things he has shown in the past. We are all sinners saved by the grace of God.

I ask your honor to show grace and sentence him to time served, counseling, and monitoring I know he must rebuild many things in his life. His trust, his livelihood, and the relationship with his family, without a spouse and children in his home.

Sincerely,

Darrel Holloway
Friend of Tyler and family

To the Honorable Judge Guirola,

I am writing this letter in support of Tyler Selby. I have known Tyler since he was five years old. During his lifetime I have served in several ministries with Tyler. He has served on several search committees for church personnel And has worked in the food pantry ministry and lead The music as a worship leader. He has also gone on various mission trips.

While I directed the food pantry at Emmanuel Baptist Church, Tyler was faithful to drive our truck to the warehouse. He would load and unload the food and then serve the needy with respect and kindness for which I was very grateful. I also was a part of the choir under the direction of Tyler. He was able to keep the music program at our church viable even though he was also working three other jobs to help support his family.

Tyler worked very hard while studying to pass his EMT certification test during this time. I believe he did so to provide for his family and to allow his wife the opportunity to earn her college degree. I believe tyler's character has shown determination and a willingness to serve. I also feel that he will continue to use his talents and faith to serve others.

I ask that you consider all of these contributions to others that Tyler has made throughout his lifetime and that you will show leniency in your judgment.

Sincerely,

*Darlein Hanshaw*

Darlein Hanshaw

Dear Judge Guilora,

i am writing to you in regards to my relationship with defendant Tyler Selby. He will be coming before you on March 13th to face his sentencing hearing.

My name is Steven Hanshaw and i have known Tyler since he was just a toddler. My family has been close with his family since they moved to Ocean Springs many years ago. As Tyler grew, i not only saw him all of the time in the church, i also got to spend time with him and his family on many occasions.

in 2010, i began attending Emmanuel Baptist Church in Ocean Springs. i do not remember the exact time frame but not too long after I started attending there, Tyler applied for the position of the music minister. I was actually on the committee that was formed to interview him for the position. After he was hired, I work directly with him as a member of the praise team. Although we did have disagreements from time to time, he was always good to work with. I always looked forward to helping him lead worship for each service. I also worked with him in our food pantry ministry where he helped us serve approximately 100 food boxes each and every month. He was always kind and respectful to the people we served, especially the elderly.

While Tyler was on staff at the church, I saw great desire in him to better himself. He began attending school to earn his EMT certification. I saw him work very diligently at this endeavor. I know that he did not pass the test the first time he took it, but he didn't give up. He did eventually pass the test and received his EMT certification. I will say this for Tyler, he was always trying to find a way to better support his family.

In 2015 I left Emmanuel Baptist Church and began attending another church. Although I did not have a lot of contact with Tyler after that, I know that he worked as a leader in several churches and he was also able to obtain his Realtors license. Again, in my opinion Tyler was always striving to make a better life for his family.

Since his incarceration I have begun corresponding with him fairly regularly. I believe that he is truly remorseful for what he has done and for the choices that he made. I also believe that if he is given the chance, he can once again be a valuable member of society.

Your honor, I know that you have a job to do, however, it is my hope that you will see that the recent choices made by Tyler do not show the complete picture of who Tyler is. Please consider this fact as you are determining a sentence. I do still believe that Tyler has a lot to offer.

Thank you for taking the time to consider my opinion in regards to Tyler Selby. I pray that God will guide you as you make this decision regarding his future.

Respectfully,

Steven Hanshaw

William M. Grantham



January 30, 2025

Judge Louis Guirola
Senior United States District Judge
United States District Court
Southern District Mississippi

The Honorable Judge Louis Guirola;

I am writing this letter on behalf of Tyler Selby due to the fact that my wife and I have known him since birth and watched him grow up. We are so close to the Selby family that he and his siblings called us Uncle Junior and Aunt Paulette. As we watched him grow up in church and community, he not only carried himself to a high standard of character but shared that character with others. As he grew, he began to love music and music ministry for the Lord and served in churches by leading music in song and instruments. I also watched him grow as a man who sometimes worked several jobs to support his wife and children. As a Fire Chief and Special Operator for the Mississippi Homeland Security I talked to him about becoming an EMT in emergency services which he accomplished but his love for Christian Music Ministry stayed strong. Tyler has been charged with a federal crime that has a potentially lengthy sentence. Tyler also deeply regrets his crime and takes full responsibility for his actions. While being incarcerated Tyler has led bible studies to the inmates where he served. I honestly believe Tyler, like so many others, gave in to the deep side of the internet. Personally, in my community we saw a young teenager (16), ███████ ████████████ who had his whole life ahead of him in a matter of a few hours went from life to thinking his only way out was suicide, which was the result of sextortion.

I don't want you to think I'm condoning what Tyler did, but I truly believe he regrets his actions and still has a lot to offer for our society and his testimony for the ministry of the church will help others that might fall to this crime. When considering his sentencing I'm asking you to consider time already spent and future time that will allow him to have a second chance from his mistake. Thank You for taking the time to read this and your consideration when passing sentencing for Tyler.

William M. Grantham (Junior)
January 30, 2025